# *UNITED STATES DISTRICT COURT*
## *District of Minnesota*

United States of America,

Plaintiff(s),

against

Kathlene L. Cheney,

Defendant(s).

**JUDGMENT BY DEFAULT**

Civil 00-565PAM/RLE

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now, on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDERED AND ADJUDGED,** that the above-named plaintiff do have and recover of and from said defendant the sum of Five Thousand One Hundred Seventy-four and 30/100 dollars ($5,174.30), the amount demanded in the complaint, plus additional prejudgment interest from 1/27/99 at 8% per annum and postjudgment interest from date of judgment at 6.197% per annum.

Judgment signed this 23rd day of May, 2000.

FRANCIS E. DOSAL, CLERK

By Kim Vergine
Deputy Clerk

| | |
|---|---|
| Amount demanded in complaint | $2,617.73 |
| Damages | |
| Costs and disbursements | 150.00 |
| Interest | 2,406.30 |
| Less payments made | |
| **Total judgment** | **$5,174.30** |

N:\JAILY\FORMS\judgment default.wpd

4